**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00810-CV

**BENCHMARK BANK, Appellant**

**V.**

**AMERICAN NATIONAL BANK OF TEXAS, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00988-2010**

## ORDER

We **GRANT** appellant's October 13, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file its brief by **NOVEMBER 12, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE